# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON ALBERT GONZALEZ,

          Plaintiff,

    v.

KEVIN SHIREY,

          Defendant.

_____/

CASE NO. 1:14-cv-1768 LJO BAM

**ORDER DENYING IN FORMA PAUPERIS APPLICATION WITHOUT PREJUDICE** (Doc. 2).

**ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS**

       Plaintiff, a prisoner proceeding pro se filed this case on November 12, 2014.  On the same day, he also filed a motion seeking leave to proceed in forma pauperis.  However, the form he submitted lacks the requisite authorization for the deduction of the filing fee from Plaintiff's trust account as funds are available. 28 U.S.C. § 1915.

       Accordingly, IT IS HEREBY ORDERED that:

    1.  Plaintiff's Motion to Proceed In Forma Pauperis is DENIED WITHOUT PREJUDICE;

    2. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

    3. No extension of time will be granted without a showing of good cause; and

///

///

1

1          4. The failure to comply with this order will result in dismissal of this action, without prejudice.

2

3    IT IS SO ORDERED.

4

5       Dated:    **November 17, 2014**              /s/ Barbara A. McAuliffe

                                        UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28